UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MAGIE MALARO and ANTHONY MALARO, <br> *Plaintiffs*, <br><br> v. <br><br> ROGER WILKIE, JR., individually and as owner of ROGER WILKIE, JR., BUILDER, INC. <br> *Defendants*. | C.A. No. 1:22-cv-10548 |

## DECLARATION OF ROGER WILKIE, JR. IN SUPPORT OF MOTION TO DISMISS

I, Roger Wilkie, Jr., upon oath depose and state as follows:

1. I am over the age of eighteen (18), and I am the owner and President of Roger Wilkie, Jr., Builder, Inc.

2. I am a resident of Little Compton, Rhode Island, and Roger Wilkie, Jr., Builder, Inc. is a corporation organized and located in Rhode Island.

3. Tiverton borders Massachusetts, and a significant portion of my personal and business dealings occur in the Commonwealth of Massachusetts.

4. In addition to my Little Compton, Rhode Island residence, I am the owner of real property located at 1180 Main Road, Westport, Massachusetts. A copy of the property card evidencing the same is attached hereto as Exhibit 1.

5. I have owned this property since October 19, 1990, and accordingly have been a Massachusetts taxpayer since that time. A copy of my recent real estate tax bill is attached hereto as Exhibit 2.

6. I presently hold business bank accounts for the following at BankFive Massachusetts: 26 Harris Road LLC, 25 Southmayd Road LLC, Roger Wilkie, Jr., Builder, Inc., Tiverton Eagle Realty, LLC, and RL Flounders Inc.

7. I presently hold personal bank accounts for the following at BankFive, Massachusetts: Roger Wilkie, Jr. and Roger Wilkie Trust and "Pottersville Road" checking account

8. I own a brokerage account with Gerald Hall AEP in Dartmouth, Massachusetts.

9. I am a member of The Sakonnet Point Club in Rhode Island, and I am also a member of The Bay Club in Mattapoisett, Massachusetts.

10. On a yearly basis approximately half of Roger Wilkie, Jr., Builder, Inc.'s business occurs in Rhode Island, and half occurs in Massachusetts.

Signed under the pains and penalties of perjury this 5th day of July, 2022.

Roger Wilkie, Jr.
Roger Wilkie, Jr., Builder, Inc.

STATE OF RHODE ISLAND
COUNTY OF _____

On this 5 day of July 2022, before me, the undersigned notary public, personally appeared ROGER WILKIE, JR., personally known to me or proved to me through satisfactory evidence of identification, which was ___NA___, to be the person who signed the preceding document in my presence, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

Notary Public David Comiszu
My commission expires: 3.8.25

**EXHIBIT 1**

Fiscal Year 2022 Actual Real Estate Tax Bill

Town of Westport
PO Box 3408
Westport, MA 02790
000002   0000434

Based on assessments as of January 1, 2021, your Real Estate Tax for the fiscal year beginning July 1, 2021 and ending June 30, 2022 on the parcel of REAL ESTATE described below is as follows:

TAX RATE PER $1,000 - $ 8.48

Assessed owner as of 01/01/2021

SCH 5-DIGIT 02721
**WILKIE ROGER**
558 FISH ROAD
TIVERTON, RI 02878-3762

**Town of Westport**
FISCAL YEAR 2022
REAL ESTATE TAX BILL

| SPECIAL ASSESSMENTS | |
|---|---|
| Description | Amount |
| | |

| Total Value | $272,700 |
|---|---|

**TAXPAYER'S RECEIPT**

| Bill Number | 6914 |
|---|---|
| Community Preservation Act | $46.25 |
| Real Estate Tax | $2,312.50 |
| Special Assessments | $0.00 |
| Exempt /Abatement | |
| Subtotal | $2,358.75 |
| 1st & 2nd Quarter Tax | $1,124.56 |
| Payments Received | $-1,124.56 |
| Overdue Tax Balance | $0.00 |
| Interest Due | $0.00 |
| 3rd Qtr Tax Due 02/01/2022 | $617.10 |
| 4th Qtr Tax Due 05/02/2022 | $617.09 |

| PROPERTY DESCRIPTION | | | |
|---|---|---|---|
| 001180 MAIN ROAD | | | |
| Parcel: 55 20C | Land Use: 1300 | Land Area: | 305,791 SF |

APPLICATIONS FOR ABATEMENTS DUE TO ASSESSOR'S BY : 2/1/2022

**EXHIBIT 2**

| Key: | 4272 | | | Town of WESTPORT - Fiscal Year 2022 | | | 12/9/2021 | 6:26 pm | SEQ #: 4,338 |

### LEGAL

| CURRENT OWNER | PARCEL ID | LOCATION | CLASS | CLASS% | DESCRIPTION | BN ID | BN | CARD |
|---|---|---|---|---|---|---|---|---|
| WILKIE ROGER<br>558 FISH ROAD<br>TIVERTON, RI 02878-3720 | 55-20C-0 | 1180 MAIN ROAD | 1300 | 100 | DEVELOPABLE LAND | | | 1 of 1 |
| | TRANSFER HISTORY | DOS | T | SALE PRICE | BK-PG (Cert) | PMT NO | PMT DT | TY | DESC | AMOUNT | INSP | BY | 1st | % |
| | WILKIE ROGER | 10/19/1990 | QS | 50,000 | 2557-350-1 | | 07/01/2020 | 37 | TG CHECK | | | | 0 | 0 |

### LAND

| CD | T | AC/SF/UN | Nbhd | Loc | Topo | ADJ BASE | SAF | Topo2 | Lpi | VC | CREDIT AMT | ADJ VALUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | S A | 60,000 | SOU 1.00 | 100 | 1.00 X 1.00 | 178,200 | 0.76 X | 1.00 | MR3 1.35 | | | 185,590 |
| 102 | S A | 5.643 | SOU 1.00 | 100 | 1.00 X 1.00 | 16,335 | 0.94 X | 1.00 | MR3 1.35 | | | 87,080 |

| TOTAL | 7.020 Acres | ZONING | | FRNT | 0 |
|---|---|---|---|---|---|
| Nbhd | SOUTH | | | | |
| Loc | SITE | NOTE | | | |
| Topo | N/A | | | | |

| ASSESSED | CURRENT | PREVIOUS |
|---|---|---|
| LAND | 272,700 | 255,800 |
| BUILDING | 0 | 0 |
| DETACHED | 0 | 0 |
| OTHER | 0 | 0 |
| TOTAL | 272,700 | 255,800 |

### DETACHED

| TY | QUAL | COND | DIM/NOTE | YB | UNITS | ADJ PRICE | RCNLD |
|---|---|---|---|---|---|---|---|

PHOTO

BLDG COMMENTS

### BUILDING

| BUILDING | CD | ADJ | DESC |
|---|---|---|---|
| MODEL | | | |
| STYLE | | | |
| QUALITY | | | |
| FRAME | | | |

MEASURE
LIST
REVIEW

| YEAR BLT | | SIZE ADJ | |
| NET AREA | | DETAIL ADJ | |
| $NLA(RCN) | | OVERALL | |

| CAPACITY | UNITS | ADJ |
|---|---|---|

| ELEMENT | CD | DESCRIPTION | ADJ | S | BAT | T | DESCRIPTION | UNITS | YB | ADJ PRICE | RCN |
|---|---|---|---|---|---|---|---|---|---|---|---|

| TOTAL RCN | |
|---|---|
| CONDITION ELEM | CD |

| EFF.YR/AGE | |
|---|---|
| COND | |
| FUNC | |
| ECON | |
| DEPR | % GD |
| RCNLD | |