United States District Court
District of Massachusetts

```
                                )
Magie Malaro, et al.,           )
                                )
          Plaintiffs,           )
                                )
     v.                         )     Civil Action No.
                                )     22-10548-NMG
Roger Wilkie, Jr., Builder,     )
Inc.,                           )
                                )
          Defendant.            )
                                )
```

MEMORANDUM & ORDER

GORTON, J.

In September, 2025, this Court entered default judgment in this construction contract case in favor of plaintiffs Magie and Anthony Malaro (collectively, "Malaros" or "plaintiffs") against defendant Roger Wilkie, Jr., Builder, Inc., ("RWB" or "defendant"). The Court instructed the parties to submit briefing on the calculation of damages. Now pending before the Court is plaintiffs' motion for award of damages and attorneys' fees (Docket No. 133).

Plaintiffs have requested $196,026 in compensatory damages, to be trebled under M.G.L. ch. 93A, §8, pre-judgment interest at a rate of 12% per annum and attorneys' fees and costs in the amount of $284,768. For the following reasons, the motion will be allowed, in part, and denied, in part.

-1-

## I.    Damages Award

After consideration of plaintiffs' motion for award of damages (Docket No. 133) and memoranda in support of and opposition thereto (Docket Nos 134, 147 and 170), the Court finds that plaintiffs are entitled to compensatory damages in the amount of $196,026.  Those damages will be doubled pursuant to M.G.L. ch. 93A, §8, for a total award of damages in the amount of $392,052.

Further, under M.G.L. ch. 231, §6C, the prevailing party in a contract action is entitled to interest on damages in the amount of 12% per year from the date of the breach.  If such date is not established, interest is to be calculated from the date of the commencement of the action.  Pre-judgment interest is calculated on the base compensatory damages and not the punitive multiple.  Greene v. Philip Morris USA Inc., 491 Mass. 866, 885 n.22 (2023).

The current action commenced on April 13, 2022.  Plaintiff will therefore be awarded pre-judgment interest at a rate of 12% per annum on $196,026 from that date through the date of this order.

## II.   Attorneys' Fees

With respect to attorneys' fees, Massachusetts follows the American rule and denies recovery of fees absent a contract or contrary statute. In re Volkswagen & Audi Warranty Extension

-2-

Litig., 692 F.3d 4, 21 (1st Cir. 2012).  Plaintiffs contend that they are entitled to reasonable fees under Fed.R.Civ.P 37(b)(2)(C) and 28 U.S.C. §1927.  Rule 37(b)(2)(C) requires a court to award reasonable expenses related to a party's noncompliance with a court order, while §1927 allows a court to impose personal sanctions on attorneys.

The Court concludes that an award of attorneys' fees is unwarranted in this case.  While plaintiffs are correct that the Court found defendant to have disregarded its orders, the remedy for such violations, entry of summary judgment in plaintiffs' favor, is sufficient to address that misconduct.  An award of attorneys' fees in this case is unwarranted.  Furthermore, even if such an award were appropriate, plaintiffs have not demonstrated how the requested fees are related to defendant's noncompliance.  The request for attorneys' fees incurred in this case is overbroad and will be denied.

Moreover, the record in this case does not warrant the imposition of personal sanctions against defendant's attorneys under §1927.

-3-

**ORDER**

For the forgoing reasons, plaintiffs' motion for award of damages (Docket No. 133) is, with respect to damages and pre-judgment interest, **ALLOWED**, and, with respect to attorneys' fees, **DENIED**.  The Court awards plaintiffs compensatory damages in the amount of $196,026, which will be doubled for a total award of $392,052.  Plaintiffs are also awarded pre-judgment interest, at an annual rate of 12%, to be calculated on the compensatory damages awarded ($196,026) from April 13, 2022, through the date of this order.

**So ordered.**

Nathaniel M. Gorton
Senior United States District Judge

Dated: March 20, 2026